**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NOV 03 2021

JUDGE CHARLES R. NORGLE
U.S. District Court Judge

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 17 Cr. 518 |
| v. | ) | |
| | ) | Judge Charles R. Norgle |
| HEATHER L MACK, and | ) | |
| TOMMY E. SCHAEFER | ) | **UNDER SEAL** |

### MOTION TO UNSEAL INDICTMENT UPON ARREST

The United States by its attorney JOHN R. LAUSCH, Jr., United States Attorney for the Northern District of Illinois, moves the Court to issue an order unsealing the indictment in this matter upon the arrest of defendant Heather Mack. In support of this motion, the undersigned assistant states:

1. On July 26, 2017, a federal grand jury returned an indictment against Heather Mack and Tommy Schaefer charging them with conspiracy to commit murder in violation of Title 18, United States Code, Sections 956(a)(1) and 1117, and obstruction of justice in violation of Title 18, United States Code, Section 1512(c)(1).

2. The indictment is under seal.

3. The United States has learned that defendant Heather Mack was released from prison in Indonesia on October 29, 2021 and plans to return to Chicago, Illinois on or about November 3, 2021.

4. An arrest warrant has been issued for Heather Mack based upon the Indictment and the FBI intends to execute the warrant when the defendant arrives at O'Hare airport.

5. The United States prays the Court to enter an order unsealing the indictment upon the arrest of Mack so that the indictment can be disclosed in connection with further proceedings

in this matter.

    6.    A proposed order is appended hereto.

                                  Respectfully submitted,

                                  JOHN R. LAUSCH, Jr.
                                  UNITED STATES ATTORNEY

                            By: *Terry M. Kinney*
                                  Terry M. Kinney
                                  Assistant United States Attorney
                                  219 South Dearborn St.
                                  Chicago, Illinois 60604
                                  312-353-1931