IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff(s), <br><br> v. <br><br> HEATHER MACK, <br><br> Defendant(s). | Case No. 17 CR 518-1 <br> Judge Charles Norgle |

## ORDER

Initial appearance and arraignment held. The defendant enters a plea of not guilty as to all counts. Local Rule 16.1 conference is to be held within 21 days. Detention hearing is set for November 10, 2021 at 1:30 p.m. Defendant ordered detained. Without objection, the court excludes time in the interest of justice through November 10, 2021.

Date: 11/3/2021

JUDGE CHARLES R. NORGLE

Time 01:05