# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                                          Plaintiff,

v.                                                                           Case No.: 1:17−cr−00518
                                                                           Honorable Charles R. Norgle Sr.

Heather L Mack, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 10, 2021:

      MINUTE entry before the Honorable Charles R. Norgle as to Heather L Mack: Detention hearing held on 11/10/2021. Defendant is ordered detained. Enter Detention Order. Enter Protective Order. In−person status hearing is set for 1/18/2022 at 1:30 p.m. Without objection, the court excludes time in the interest of justice through January 18, 2022. Mailed notice (ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.