UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

HEATHER L. MACK, et al.

No. 17 CR 518

Judge Charles R. Norgle

## ORDER

Upon the agreed motion of the United States and Jeffrey Steinback, defense counsel for Heather Mack asking this Court to hold the status in this matter by telephone, and the Court being duly advised of the premises, including the fact that the Omicron Variant of Covid 19 is highly contagious and that the MCC is not bringing prisoners to statuses at the present time, it is hereby ORDERED that the status in this matter set for January 18, 2022 is to be conducted by phone. The MCC shall permit Heather Mack to participate by phone if it is able to do so under the constraints they are operating under, but if it is not possible to arrange access to a phone, defense counsel shall communicate with defendant Mack all matters that transpired during the status. Time shall be excluded until the next status in this matter in the interest of justice and to ensure the continuity of counsel.

ENTER:

CHARLES R. NORGLE
District Court Judge
United States District Court
Northern District of Illinois

Date: 1-14-22