```
         IN THE UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF ILLINOIS
                   EASTERN DIVISION


UNITED STATES OF AMERICA,      )
                               )
           Plaintiff,          )
                               )  No. 17 CR 518
       vs.                     )  Chicago, Illinois
                               )  June 29, 2022
HEATHER MACK,                  )  1:30 p.m.
                               )
           Defendant.          )


         TRANSCRIPT OF PROCEEDINGS - STATUS

      BEFORE THE HONORABLE CHARLES R. NORGLE

APPEARANCES:

For the Plaintiff:       HON. JOHN R. LAUSCH, JR.
                         United States Attorney
                         219 South Dearborn Street
                         Chicago, Illinois 60604
                         BY:  MR. TERRY M. KINNEY
                              MS. ANN MARIE E. URSINI

For the Defendant:       JEFFREY N. STEINBACK, LLC
                         8351 Snaresbrook Road
                         Roscoe, Illinois 61073
                         BY:  MR. JEFFREY B. STEINBACK

                         LEONARD TRIAL LAWYERS LLC
                         120 North LaSalle Street
                         Suite 2000
                         Chicago, Illinois 60602
                         BY:  MR. MICHAEL I. LEONARD




Official Court Reporter: JENNIFER COSTALES, CRR, RMR, CRC
                         219 S. Dearborn St., Room 2342
                         Chicago, Illinois 60604
                         (312) 435-5895
                         jenny.uscra@yahoo.com
```

```
                  1        (Proceedings in open court)
                  2              THE COURT:  Please call the case.
                  3              THE CLERK:  17 CR 518-1, United States of America
                  4    versus Heather Mack, for status hearing.
01:31:16          5              THE COURT:  Good afternoon, counsel.
                  6              MR. KINNEY:  Good afternoon, Your Honor.  Terry
                  7    Kinney and Ms. Ann Marie Ursini on behalf of the United
                  8    States.
                  9              THE COURT:  Good afternoon.
01:31:26         10              MR. STEINBACK:  Good afternoon, Your Honor.  Jeff
                 11    Steinback and Mike Leonard.  We're here on behalf of Heather
                 12    Mack.  Ms. Mack is present in court.
                 13              THE COURT:  Are you Heather Mack?
                 14              THE DEFENDANT:  I am here, Your Honor.
01:31:37         15              THE COURT:  Would you please rise, raise your right
                 16    hand to be sworn.
                 17         (Defendant duly sworn)
                 18              THE DEFENDANT:  I do.
                 19              THE COURT:  Counsel, the principal reason for setting
01:31:50         20    this matter today is to clarify the record in terms of counsel
                 21    and who will be representing Heather Mack.  So in that regard,
                 22    maybe I should ask Mr. Leonard to speak first and then
                 23    Mr. Steinback.
                 24              MR. LEONARD:  Good afternoon, Judge.  I will be
01:32:13         25    co-counsel in the matter with Mr. Steinback.
```

| | | |
|---|---|---|
| | 1 | THE COURT: You used the term "co-counsel"? |
| | 2 | MR. LEONARD: Yes, Judge. We both, we both are |
| | 3 | counsel of record. |
| | 4 | THE COURT: Is there anything more you want to say |
| 01:32:22 | 5 | about that? |
| | 6 | MR. LEONARD: No. Do you have a specific thing I'm |
| | 7 | not addressing, Judge? |
| | 8 | THE COURT: Yes. |
| | 9 | MR. LEONARD: What would that be? |
| 01:32:30 | 10 | THE COURT: You have nothing more to say to me about |
| | 11 | Mr. Steinback's appearance in this case? |
| | 12 | MR. LEONARD: I don't think so, Judge. |
| | 13 | THE COURT: Are you being candid with the Court? |
| | 14 | MR. LEONARD: Yes, Judge. I'm supposed to -- you're |
| 01:32:43 | 15 | asking me what -- asking about Mr. Steinback's appearance? |
| | 16 | THE COURT: Yes. |
| | 17 | MR. LEONARD: I don't have anything to say about |
| | 18 | that. |
| | 19 | THE COURT: Are you not aware of an order entered by |
| 01:32:53 | 20 | the district court in Iowa? |
| | 21 | MR. LEONARD: I did see that, Judge. |
| | 22 | THE COURT: Okay. And what is it that you want to |
| | 23 | say about that? |
| | 24 | MR. LEONARD: I'd leave that up to Mr. Steinback. I |
| 01:32:59 | 25 | wasn't involved in that case, Judge. |

|  |  |
|---|---|
|  | 1    THE COURT:  All right.  But you have nothing more to |
|  | 2 say? |
|  | 3    MR. LEONARD:  Unless you would like me to, Judge, but |
|  | 4 -- |
| 01:33:06 | 5    THE COURT:  Is there anything more you want to say |
|  | 6 about the appearance of Mr. Steinback? |
|  | 7    MR. LEONARD:  No, Judge. |
|  | 8    THE COURT:  Mr. Steinback, you may proceed. |
|  | 9    MR. STEINBACK:  Yes, Your Honor.  I am principal |
| 01:33:20 | 10 counsel here and I have been since the beginning of the case, |
|  | 11 and I intend to remain so, having worked very, very hard to |
|  | 12 master the amount of materials that have been presented thus |
|  | 13 far. |
|  | 14    THE COURT:  Before you get to that, you are aware, |
| 01:33:43 | 15 are you not, of an order entered by a federal judge in Iowa? |
|  | 16    MR. STEINBACK:  Yes, I'm aware of that. |
|  | 17    THE COURT:  And he ordered you to pay a fine of |
|  | 18 $5,000. |
|  | 19    MR. STEINBACK:  I did that. |
| 01:33:55 | 20    THE COURT:  What else did he say? |
|  | 21    MR. STEINBACK:  What else did he say? |
|  | 22    THE COURT:  Yes. |
|  | 23    MR. STEINBACK:  He identified some areas that we had |
|  | 24 disputes over. |
| 01:34:07 | 25    THE COURT:  He entered an order, did he not? |

|  |  |  |
|---|---|---|
|  | 1 | MR. STEINBACK: Yes. |
|  | 2 | THE COURT: You have a copy of it? |
|  | 3 | MR. STEINBACK: I don't have it with me, no, Your |
|  | 4 | Honor. |
| 01:34:13 | 5 | THE COURT: Well, we'll pass the case then to get a |
|  | 6 | copy of that order. There will be a brief recess. |
|  | 7 | (Recess) |
|  | 8 | THE COURT: Mr. Leonard and Mr. Steinback, have you |
|  | 9 | had an opportunity to read the opinion and order of the |
| 02:07:24 | 10 | district court in Iowa? |
|  | 11 | MR. STEINBACK: I have read the opinion before and |
|  | 12 | I've reviewed it again, Your Honor. |
|  | 13 | THE COURT: All right. |
|  | 14 | MR. LEONARD: Yes, Your Honor. |
| 02:07:36 | 15 | THE COURT: Is there anything you want to say? |
|  | 16 | MR. STEINBACK: Your Honor is addressing myself or |
|  | 17 | Mr. Leonard? |
|  | 18 | THE COURT: Mr. Steinback, the order applies to you |
|  | 19 | and not Mr. Leonard. |
| 02:07:47 | 20 | MR. STEINBACK: Your Honor, there is many things I'd |
|  | 21 | like to say. I'm in the process of writing an extensive |
|  | 22 | response to this. |
|  | 23 | THE COURT: To what? |
|  | 24 | MR. STEINBACK: I'm sorry? |
| 02:07:57 | 25 | THE COURT: To what? |

| | | |
|---|---|---|
| | 1 | MR. STEINBACK: To this opinion, because this opinion |
| | 2 | has been shared -- |
| | 3 | THE COURT: Are you telling me that you are going |
| | 4 | to -- you are in the process of filing a motion with respect |
| 02:08:08 | 5 | to this opinion? Is that what you are telling me? |
| | 6 | MR. STEINBACK: No. I'm writing a response with |
| | 7 | respect to -- |
| | 8 | THE COURT: A response is what? To the judge in |
| | 9 | Iowa? |
| 02:08:18 | 10 | MR. STEINBACK: No. If Your Honor looks at the very |
| | 11 | last page, or the second to the last page, you will see that |
| | 12 | there is a referral of this matter for review to the Chief |
| | 13 | Judge here in this district. And I have been asked to write a |
| | 14 | response in writing. |
| 02:08:46 | 15 | THE COURT: By whom have you been asked to write a |
| | 16 | response? |
| | 17 | MR. STEINBACK: By whom? |
| | 18 | THE COURT: Yes. |
| | 19 | MR. STEINBACK: By the Chief Judge of the Northern |
| 02:08:54 | 20 | District of Illinois, Judge Pallmeyer. |
| | 21 | THE COURT: She entered an order? |
| | 22 | MR. STEINBACK: She wrote -- I received a letter. |
| | 23 | THE COURT: Saying what? |
| | 24 | MR. STEINBACK: That within a certain period of time |
| 02:09:01 | 25 | I am to write a response with respect to this opinion. |

| | | |
|---|---|---|
| | 1 | THE COURT: All right. Is that in connection with |
| | 2 | the disciplinary authority of the Executive Committee? |
| | 3 | MR. STEINBACK: Yes. |
| | 4 | THE COURT: All right. So she signed it on behalf of |
| 02:09:13 | 5 | the Executive Committee? |
| | 6 | MR. STEINBACK: Yes, Your Honor. |
| | 7 | THE COURT: All right. Since you have the order |
| | 8 | before you now, can you read the last page, the three inches |
| | 9 | from the bottom what the judge said there so the record is |
| 02:09:30 | 10 | clear on what the judge in Iowa said. |
| | 11 | MR. STEINBACK: Yes, I've read, on page 20, I've read |
| | 12 | that several times. |
| | 13 | THE COURT: Could you read that aloud into the |
| | 14 | record, please. |
| 02:09:39 | 15 | MR. STEINBACK: Will I read that aloud? Yes, if you |
| | 16 | wish me to. |
| | 17 | THE COURT: It's not wishing you to. I'm telling you |
| | 18 | to. |
| | 19 | MR. STEINBACK: "A public reprimand in the form of |
| 02:09:50 | 20 | this order; |
| | 21 | "Steinback must not again practice in the Court |
| | 22 | without express written permission from the Chief Judge in the |
| | 23 | Northern District -- for the Northern District of Iowa. |
| | 24 | "Steinback is fined $5,000, payable immediately to |
| 02:10:02 | 25 | the Clerk of the Court of the Northern District of Iowa. |

|||
|---|---|
|02:10:22|1  "The Clerk of Court is directed to send copies of
2 this opinion, together with this document..." and all sorts of
3 docket numbers "...to the ARDC and the U.S. Attorney -- or the
4 U.S. District Court for the Northern, Central and Southern
5 Districts, bar number 2718189."|

1     "The Clerk of Court is directed to send copies of
2 this opinion, together with this document..." and all sorts of
3 docket numbers "...to the ARDC and the U.S. Attorney -- or the
4 U.S. District Court for the Northern, Central and Southern
5 Districts, bar number 2718189."
6     THE COURT: Keep going.
7     MR. STEINBACK: "So ordered this 6th day of June
8 2022."
9     THE COURT: All right. Are you being candid with the
10 Court here?
11     MR. STEINBACK: About what, Your Honor? I just read
12 everything that you asked me to read.
13     THE COURT: Did you actually read that literally?
14     MR. STEINBACK: I'm having a hard time hearing.
15     THE COURT: You are having a hard -- can you read the
16 last paragraph literally, word by word, number by number?
17     MR. STEINBACK: Oh, all the doc -- yes, I can do
18 that.
19     THE COURT: I asked you earlier to read the entirety
20 of it. Are you being candid with the Court? Can you please
21 read the entirety of it literally.
22     MR. STEINBACK: I just said "docket numbers." There
23 are 25 or 30 of them. I'll read them.
24     THE COURT: I'll ask it again, tell you again to read
25 it literally, including the numbers.

1  MR. STEINBACK: Yes, Your Honor, I will read it
2  literally.
3  "The Clerk of Court is directed to send copies of
4  this opinion, together with the docket -- document and docket
5  numbers 16, 19, 21, 24, 26, 42, 46, 53, 55, 54, 56, 58, 59,
6  67, 71, 76, 81, 83, 84, 89, 92, 95-1, 95-2, 95-3, 95-4, 95-5,
7  95-6, 97, 98, 98-1, 98-2, 99, 103, 106, 111, 112, 113-1 and
8  113-2."
9  Those are the things I omitted.
10  THE COURT: I asked you to read the entirety of it
11  literally.
12  MR. STEINBACK: I didn't realize Your Honor wanted me
13  to --
14  THE COURT: You didn't understand when I told you to
15  read the entirety of it literally?
16  MR. STEINBACK: I misunderstood, Your Honor. I
17  didn't think Your Honor wanted me to read into the record all
18  of those docket numbers.
19  THE COURT: I want -- I'm telling you for the third
20  or fourth time now to read it in its entirety literally.
21  After the numbers, then what does it say?
22  MR. STEINBACK: "To the Attorney Registration
23  Disciplinary Commission of Illinois, the Clerk of Court for
24  the United States District Court for the Northern, Central and
25  Southern Districts of Illinois, bar number 2718189."

|  |  |
|---|---|
|  | 1 THE COURT: Is that the end of it? |
|  | 2 MR. STEINBACK: "It is so ordered this 6th day of |
|  | 3 June 2022." |
|  | 4 THE COURT: So that's the order that was entered? |
| 02:13:12 | 5 MR. STEINBACK: Yes, sir. |
|  | 6 THE COURT: All right. Did you disclose to your |
|  | 7 client what had happened in Iowa with respect to the opinion |
|  | 8 entered by the district court there? |
|  | 9 MR. STEINBACK: I did. |
| 02:13:27 | 10 THE COURT: Ms. Mack, is that correct? |
|  | 11 THE DEFENDANT: That's correct, Your Honor. |
|  | 12 THE COURT: All right. Mr. Leonard, did |
|  | 13 Mr. Steinback disclose to you the order that had been entered |
|  | 14 by the court in Iowa? |
| 02:13:40 | 15 MR. LEONARD: Yes, Judge. I received a copy of that |
|  | 16 previously. |
|  | 17 THE COURT: What is your position as co-counsel in |
|  | 18 this case in terms of your duty to your client regarding the |
|  | 19 problems of Mr. Steinback? |
| 02:13:52 | 20 MR. LEONARD: Judge, I wasn't a participant in the |
|  | 21 proceeding in Iowa, so I can't know what happened there. |
|  | 22 THE COURT: Well, you know what happened there |
|  | 23 because the Court has entered an order and we took a recess to |
|  | 24 give you a chance to read that opinion entered by the court. |
| 02:14:07 | 25 MR. LEONARD: I've read it, Judge, yes. |

|  |  |
|---|---|
|  | 1   THE COURT: Now, what do you have to say with respect |
|  | 2   to your duty as an attorney in regard to your client? |
|  | 3   MR. LEONARD: I always have a foremost duty to my |
|  | 4   client. My understanding is she's aware of this opinion. |
| 02:14:22 | 5   THE COURT: Did you talk to her about it? |
|  | 6   MR. LEONARD: No, I did not. |
|  | 7   THE COURT: You were aware of it and never discussed |
|  | 8   it with Ms. Mack? |
|  | 9   MR. LEONARD: That's correct. The last time I |
| 02:14:29 | 10  visited Ms. Mack was on June 1st at the MCC. I think it came |
|  | 11  out after. |
|  | 12  THE COURT: Well, I didn't ask you that. I'm just |
|  | 13  saying you never, never talked to Ms. Mack about the problems |
|  | 14  of co-counsel in the case, right? |
| 02:14:41 | 15  MR. LEONARD: I have not discussed that with her. |
|  | 16  THE COURT: All right. You feel no duty to do so? |
|  | 17  MR. LEONARD: Well, I believe based upon |
|  | 18  Mr. Steinback's discussion with her about the case, I'll be |
|  | 19  happy to discuss with her as well, Judge, but my -- I can only |
| 02:14:52 | 20  speak to my own experience with Mr. Steinback. |
|  | 21  THE COURT: I'm not asking about your experience with |
|  | 22  Mr. Steinback. I'm asking you about the order that was |
|  | 23  entered by the district court in Iowa in terms of your duty as |
|  | 24  an attorney to your client. |
| 02:15:05 | 25  That opinion even mentions, if you have read it |

```
                1  obviously --
                2          MR. LEONARD:  Yes.
                3          THE COURT:  -- that Mr. Steinback had some very
                4  difficult problems in terms of his relationships with his
02:15:18        5  client or clients.  You felt no duty to tell Ms. Mack about
                6  that?
                7          MR. LEONARD:  Correct, Judge.  It doesn't talk about
                8  his duty to clients.  It talks about --
                9          THE COURT:  You're telling --
02:15:26       10          MR. LEONARD:  It talks about -- Judge, if I can just
               11  finish?  It just talks --
               12          THE COURT:  Yeah, it talks about singular, a client?
               13          MR. LEONARD:  Yeah.  I think that case only deals
               14  with Mr. Steinback's interactions in the case of United States
02:15:37       15  versus Murphy.
               16          THE COURT:  All right.
               17          MR. LEONARD:  I don't think it broadly speaks to
               18  Mr. Steinback's --
               19          THE COURT:  What about the traveling the 400 miles?
02:15:44       20  You read that?
               21          MR. LEONARD:  Yes.
               22          THE COURT:  Are you being candid with the Court,
               23  Mr. Leonard?
               24          MR. LEONARD:  Judge, I wasn't a part of those
02:15:54       25  proceedings, so all I can do is --
```

1     THE COURT: Now that you know of it, now that you
2 know of it and have read it, what is your duty to your client
3 in terms of having Mr. Steinback be co-counsel?
4     MR. LEONARD: That's her decision, Judge.
5     THE COURT: You have nothing to say about that?
6     MR. LEONARD: That's the client's decision, Your
7 Honor.
8     THE COURT: You have -- do you as an attorney and
9 officer of the Court have anything to say about Mr. Steinback
10 continuing as co-counsel in this case?
11     MR. LEONARD: I don't. But if you would like me to
12 comment, I can.
13     THE COURT: It's not a matter of like. So you're
14 toying with me.
15     MR. LEONARD: Judge --
16     THE COURT: I'm saying if you want to say -- do you
17 feel you have any duty to Ms. Mack in relationship to having
18 co-counsel in this case be Mr. Steinback?
19     MR. LEONARD: Judge, he's already fully disclosed it
20 to her. She's agreed to continue with --
21     THE COURT: Will you answer my question.
22     MR. LEONARD: I think my duty has been fulfilled.
23     THE COURT: What have you done?
24     MR. LEONARD: Mr. Steinback has already --
25     THE COURT: What have you done?

```
02:17:02

02:17:14

02:17:34

02:17:49

02:18:03
```

1      MR. LEONARD:  I have not talked to her about it yet.
2  If you want me to --
3      THE COURT:  You have not yet talked to your client
4  about this opinion?
5      MR. LEONARD:  That is correct.
6      THE COURT:  All right.  Thank you, Mr. Leonard.
7      All right.  Mr. Steinback, do you want to say
8  anything further?
9      MR. STEINBACK:  There is many things I would like to
10  say, but I would prefer that I be able to provide Your Honor
11  with a complete response because --
12      THE COURT:  Here is the question.  Are you telling me
13  that you can, as an officer of the Court, in light of this
14  opinion and problems that you will have with the Disciplinary
15  Committee and may be already having with the Executive
16  Committee here in the Northern District of Illinois, that you
17  can adequately and fairly and effectively represent the
18  interest of Heather Mack in this case?
19      MR. STEINBACK:  Yes, Your Honor.  That's what I'm
20  saying to the Court.
21      THE COURT:  All right.  Ms. Mack.
22      THE DEFENDANT:  Yes, Your Honor.
23      THE COURT:  You have the right and the opportunity to
24  speak on this issue of competent counsel.  Do you want to say
25  anything?

|  |  |
|---|---|
|  | 1    THE DEFENDANT:  Should I stand up? |
|  | 2    I just want to say that I'm aware, Mr. Steinback |
|  | 3    disclosed all this with me and I still wish to have him as my |
|  | 4    counsel. |
| 02:18:16 | 5    THE COURT:  All right.  Can you say that again, |
|  | 6    please, so it's clear. |
|  | 7    THE DEFENDANT:  Sorry, Your Honor. |
|  | 8    THE COURT:  You may pull your mask down. |
|  | 9    THE DEFENDANT:  Sorry, Your Honor.  I'm fully aware |
| 02:18:25 | 10   of this.  Mr. Steinback disclosed it with me.  And I'm -- it's |
|  | 11   still my wishes that Mr. Steinback be my counsel. |
|  | 12   THE COURT:  All right.  And with respect to |
|  | 13   Mr. Leonard? |
|  | 14   THE DEFENDANT:  And with respect to Mr. Leonard, I |
| 02:18:38 | 15   would also like him to be my counsel still. |
|  | 16   THE COURT:  All right.  So you have employed them as |
|  | 17   private attorneys? |
|  | 18   THE DEFENDANT:  Correct, Your Honor. |
|  | 19   THE COURT:  All right.  What is the government's |
| 02:18:46 | 20   position? |
|  | 21   MR. KINNEY:  Your Honor, would the Court entertain a |
|  | 22   sidebar?  There is an additional matter that I believe goes to |
|  | 23   the knowing and intelligent choice of counsel in this case. |
|  | 24   THE COURT:  All right. We'll do that at a sidebar on |
| 02:19:02 | 25   the record with counsel and the defendant present, however. |

|  |  |
|---|---|
| 1 | MR. KINNEY: Yes, Your Honor. |
| 2 | THE COURT: Your concern is that the public is here? |
| 3 | MR. KINNEY: Yes, Your Honor. |
| 4 | THE COURT: All right. So we'll do it at a sidebar |
| 02:19:12  5 | on the record with counsel and Ms. Mack right here. |
| 6 | (Discussion at sidebar on the record) |
| 7 | MR. KINNEY: The concern we have, Your Honor, is that |
| 8 | it is critical in this case, given the fact that Ms. Mack is |
| 9 | looking at life in prison, that she make a knowing and |
| 02:20:36  10 | intelligent decision as to who is going to represent her. She |
| 11 | wants to have someone who is competent, who is respected by |
| 12 | the Court. |
| 13 | We've raised with Mr. Steinback a month ago the fact |
| 14 | that Mr. Leonard has a contempt conviction. And we are |
| 02:20:52  15 | concerned that Ms. Mack understand that he was held in |
| 16 | contempt for disobeying a judge's order, which was affirmed by |
| 17 | the Seventh Circuit. |
| 18 | And I simply want to make sure that if we raise the |
| 19 | issue of knowing and intelligent waiver, we make sure she |
| 02:21:07  20 | understands. I believe it was a felony conviction for |
| 21 | contempt. |
| 22 | MR. LEONARD: No, it was not. It was a misdemeanor. |
| 23 | THE COURT: The reason I set this was to develop the |
| 24 | issue we're now dealing with in terms of competent, fair and |
| 02:21:26  25 | honest representation with a full concern about the Sixth |

1 Amendment so that Ms. Mack did understand the problems that
2 we're facing.
3     Now, Ms. Mack has already made a statement. However,
4 we may have caught her by surprise. She could not have known
5 what the Court was going to do or the responses we would have
6 from counsel and so on.
7     So what I would like to do then is to continue this
8 matter. We could do it July 5th. Is that a reasonable date?
9 All right. July 5th.
10     MR. LEONARD: Is it possible to do it in the
11 afternoon, Judge, because I'm busy in the morning.
12     THE COURT: Yes, okay. Make it 1:30, July 5th.
13     MR. STEINBACK: Your Honor, I am going to be out of
14 town.
15     THE COURT: No, you're not.
16     MR. STEINBACK: All right.
17     THE COURT: You're going to be in this courtroom at
18 1:30. You are ordered to be here --
19     MR. STEINBACK: Okay.
20     THE COURT: -- on July 5th at 1:30.
21     MR. STEINBACK: Then I will be here July 5th.
22     THE COURT: You better read that opinion again --
23     MR. STEINBACK: I've read it.
24     THE COURT: -- and all of the references the court
25 made to some representations that you made.

|  |  |  |
|---|---|---|
|  | 1 | MR. STEINBACK: Out of context. |
|  | 2 | THE COURT: So don't tell me you're going to be out |
|  | 3 | of town. |
|  | 4 | MR. STEINBACK: Out of context, Your Honor. |
| 02:22:42 | 5 | THE COURT: You are going to be in this courtroom at |
|  | 6 | 1:30. |
|  | 7 | MR. STEINBACK: And without giving me an opportunity |
|  | 8 | to respond or even know that this was coming up today. No |
|  | 9 | notice, no opportunity. We're talking about fairness, and |
| 02:22:53 | 10 | I've gotten none whatsoever. |
|  | 11 | THE COURT: All right. So on July 5th we will return |
|  | 12 | to this issue of whether Mr. Steinback and Mr. Leonard, one or |
|  | 13 | both or neither will be your attorney in the case. This will |
|  | 14 | give you time to go through what you've heard today. And you |
| 02:23:16 | 15 | may have a copy of that opinion. The clerk will give a copy |
|  | 16 | of the opinion to Ms. Mack. You do read well, well enough? |
|  | 17 | THE DEFENDANT: Yes, Your Honor. |
|  | 18 | THE COURT: All right. You can read that. But on |
|  | 19 | July 5th we will return to this issue as raised by the U.S. |
| 02:23:33 | 20 | Attorney. Okay. |
|  | 21 | MR. LEONARD: And I will provide Ms. Mack a copy of |
|  | 22 | what Mr. Kinney is referring to from, I believe it's 2018. |
|  | 23 | And I would prefer to take that up at sidebar, Judge. |
|  | 24 | THE COURT: I was unaware of that. |
| 02:23:48 | 25 | MR. LEONARD: Yeah. |

|  |  |
|---|---|
| 1 | THE COURT:  I was unaware of it. |
| 2 | MR. LEONARD:  I understand. |
| 3 | THE COURT:  All right.  You've got a lot to do. |
| 4 | We'll talk again then personally on July 5th.  That's enough |
| 5 | for today I think. |

02:23:59 (line 5)

    6       MR. KINNEY:  May I raise one final point?  I would
    7  like to be excused from the July 5 hearing because I'm leaving
    8  the office to go overseas to pick up a new job.
    9       But my colleague, Ms. Ann Marie Ursini is, as I tell
   10  her often, younger, better looking, smarter than me.
   11       THE COURT:  Okay.
   12       MR. KINNEY:  So she will take my place.
   13       THE COURT:  Well, you're fully advised of everything
   14  about this case, are you not?
   15       MS. URSINI:  I'm getting up to speed, Judge.  And
   16  I'll be here on the 5th, yes.
   17       THE COURT:  All right.  And certainly you are the
   18  representative of the United States Attorney John Lausch.  So
   19  you will be here then?
   20       MS. URSINI:  I will.
   21       THE COURT:  In the place of Mr. Kinney, okay.
   22       MS. URSINI:  Yes, sir.
   23       THE COURT:  Okay.  Thank you.  That concludes the
   24  matter for today.
   25       MR. KINNEY:  Thank you, Judge.

Timestamps: 02:24:16 (line 10), 02:24:24 (line 15), 02:24:33 (line 20), 02:24:38 (line 25)

MR. LEONARD: Thanks, Judge.

MR. STEINBACK: Thank you, Your Honor.

(End of discussion at sidebar)

THE COURT: All right. That concludes the matter of United States versus Mack.

There is another case on the call. Call the next case, please.

(Proceedings concluded)

C E R T I F I C A T E

I, Jennifer S. Costales, do hereby certify that the foregoing is a complete, true, and accurate transcript of the proceedings had in the above-entitled case before the Honorable CHARLES R. NORGLE, one of the judges of said Court, at Chicago, Illinois, on June 29, 2022.

*/s/ Jennifer Costales, CRR, RMR, CRC*
Official Court Reporter
United States District Court
Northern District of Illinois
Eastern Division