## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

UNITED STATES OF AMERICA

                                 Plaintiff,

v.                                                          Case No.: 1:17−cr−00518
                                                                Honorable Matthew F. Kennelly

Heather L Mack, et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 1, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Heather L Mack: Defendant's motion for release from custody [69] is set for an in person motion hearing on 12/8/2022 at 10:30 a.m. The hearing will be held in Courtroom 2103. The Court will make the necessary arrangements to have the appear in person for the hearing. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.