**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

UNITED STATES OF AMERICA

                Plaintiff,

v.                                                      Case No.: 1:17−cr−00518
                                                            Honorable Matthew F. Kennelly

Heather L Mack, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 8, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Heather L Mack: In person motion and status hearings held on 12/8/2022. Defendant's motion for release from custody [69] is denied as to the reasons stated more fully on the record. Any motion to compel regarding the production of communications between U.S. officials and Indonesian law enforcement is due 12/21/2022. The in−person status hearing set for 12/21/2022 is vacated. A telephonic status hearing is set for 12/22/2022 at 8:30 a.m. The defendant's appearance is waived for the status hearing. The following call−in number will be used for the hearing: 888−684−8852, access code 746−1053. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.