Dear Honorable Judge Kennelly,

    My name is Diana Roque Ellis and I am writing to you today in the hope that I may provide you will some perspective as you are about to sentence Heather Mack on Wednesday, Jan 17th. I am Heather's ad hoc, "honorary" Godmother and was very close to Sheila Mack for over thirty-one years before her death in 2014, and as a result I have known Heather her entire life. I had spent a great deal of time in the ensuing years with both Heather and Sheila and I ended up having an unfortunate ringside seat to the most toxic relationship I had witnessed in my entire life, even within the context of fiction.

    Sheila was a wonderful and good friend to me and many others. She and I were with each other at all the significant milestones in our lives. We were together when we met each other's respective husbands and attended each other's weddings. When Sheila was expecting the birth of Heather, I hosted their baby shower. We went on trips together and attended numerous social events together. After I had moved from Chicago in 1991 to Los Angeles, we wrote countless letters back-and-forth and engaged in frequent phone conversations and after the Internet came along, many almost daily emails. When Sheila and Heather traveled to Los Angeles, Sheila and Heather stayed with me up until I could no longer bear witness to the cruelty and bizarre behavior between them within the confines of my home. Yet, I would still continue to spend time with them while they frequented various luxury hotels in LA. Throughout all these years, we continued to be each other's confidantes. I loved Sheila as family and I greatly appreciated my "Godmother" role in Heather's life. Over the years, Sheila provided me with several hundred photos of Heather and the two of them together as Heather was growing up. I have all the photos from every important moment in their lives together all the way up to just before their fateful Bali trip.

    As you already know, Sheila was a highly educated woman and was well loved in her community. From what I have observed, reading the news about Sheila and Heather over these past nine years, there has been a rather one-sided, quite biased account of the nature of their mother-daughter relationship. After reading all these characterizations, I feel I need to communicate with you and convey a broader perspective to this sad story. I do not wish to speak in any manner negatively about my good friend Sheila, who was sadly the ultimate victim of the circumstances, but I feel compelled to defend Heather and point out that this tragedy did not occur in a vacuum. It was a very long time in the making and had been a very ongoing, habitual and grueling situation since Heather's birth. I had only heard Sheila's depiction of all the horrors of raising Heather from infancy up until the very end and I was

almost convinced Heather was some random, sociopathic, one-off, "bad seed," who appeared on this earth for no other reason than to endlessly torment her mother. I saw first-hand from toddlerhood how Heather had been taunted, "egged-on" and berated incessantly by Sheila.

It was mystifying as to how Sheila was always lovely, gracious and kind to me and her other friends and yet so unremittingly caustic to Heather. There would be brief interludes of "lovey-dovey" peace only to be followed by more fierce rancor and hurled invectives. Unfortunately, I recognized early on that neither Heather nor Sheila were both getting out of this downward spiral of crazy behavior alive.

Like everyone else, I watched in horror as the terrible news unfolded in Bali. Yet, I was quite surprised that within less than a year of incarceration, Heather was able to contact me via "WhatsApp. She had been calling me asking for photos from her childhood since she was aware I had multiples of what appeared to be their many seemingly happy years together. Initially, I wouldn't answer the calls as I was reluctant to communicate with this "murderer." Ultimately, curiosity compelled me to proceed to talk to Heather and ask about how she felt in the wake of this terrible crime and what specifically had been going on during the many vivid and violent scenes I had personally witnessed. In the ensuing weeks, I came to learn a great deal more than I had been previously aware. I heard of the bottomless pain Heather felt for being responsible for her mother's death. I learned about how agonized Heather had been during the two abortions Sheila forced upon her and how Sheila informed Heather that Stella would have been next. I learned about the unremitting self-loathing Heather had for herself and I witnessed gut-wrenching episodes of excoriating berating upon Heather in front of Sheila's friends and family as unwitting "audiences" to the humiliations. I essentially heard a different "side" to the saga of mother and daughter and I wasn't as shocked as I would have otherwise thought I would be.

Surprisingly, Heather did not make any excuses for her behavior. She was absolutely as bereft as any daughter would have been after having lost her mother. I prodded her to tell me what had been going on during the many episodes I saw. During these phone calls, I started to feel a sympathy for Heather and because I actually listened to her, I gained a much broader perspective. Heather detailed the horrendous background of devastating emotional abuse that had been hurled at her since the earliest of her memories. Unfortunately, Heather's reactions to all of this dysfunction were not mild. Another child may recoil and go into some form of emotional hibernation but Heather was almost literally

directed and programmed to torment her mother because that is what Sheila wanted. During their heated and pitched battles, Sheila would tell Heather to "go ahead" and kill her. She spoke to me and other friends just days before the Bali trip, that she "knew" Heather was going to kill her. There had been so many opportunities for Sheila to have shut all that behavior down, but it was like a crazy tennis match where each partner lobbied even greater acts of horrendous cruelty back and forth, both caught up in this endless circle of hell.

     Sheila and I didn't spend one minute alone during the eighteen years after Heather was born.  While they would be visiting in LA, I would observe many of these tense situations and I would ask Sheila if I could take Heather out for the day by myself. I tried to help, tried to pry open the mystery of Heather's behavior, but my efforts were invariably rebuffed. Even Heather remained tightlipped unable to share with me their "insider" saga. Despite how tortuous their relationship was, they were nevertheless inseparable. It was extremely gut wrenching and nauseating to see a toddler, then a young child, then a teenager be the brunt of so much emotional abuse. Sheila complained mightily to her audience of friends about the latest thing Heather had "done" to her, yet it was Sheila who would set up the scene of predictable negative outcomes, over and over again. During those years, Heather did not tell anyone what was taking place or how she felt. Nevertheless, Sheila would recite Heather's numerous "transgressions" to every person who was within earshot. And yes, Heather would be sitting right there listening to Sheila's ongoing complaints. And despite all this tension, mother and daughter were:  Always. Together.

     Looking back, I feel Sheila derived great affirmation and gratification from the attention she received as a result of these ongoing disclosures and visual displays of behavior. I have wracked my brain to examine how I could have more effectively intervened and how ineffective I ultimately was. Like everyone else, all I could do was listen to Sheila about the horrific behavior conducted by Heather and sympathize. Any advice I attempted to offer was not heeded.  At the very least many times over, I suggested some kind of temporary distance between the two with heavy doses of professional help.  Instead, off they would go on yet another trip. It was in many ways an eery parallel to a "Munchausen-by-proxy" scenario. It wasn't an artificially physically ill child being paraded before the circle of friends, it was the labelling of Heather as being a "crazy psychopath" over and over again (a mantra Sheila's immediate family has since taken up) This labeling saturated Heather's childhood and generated the scenarios which continued to inflame the situation to greater heights. Sheila didn't appear motivated to do anything about this escalated dysfunction except continue lavishing gifts and trips and externally providing the "best" life for Heather, which was a vast

contrast to their inner emotional turmoil. Heather was cast as the "crazy nut job" but it was Sheila who insisted on forcing Heather to breast-feed well into late childhood (after a big drama at my house when Heather was seven, I inadvertently walked in on them locked in a guilty embrace of breast feeding) and sleep in the same bed till the very bitter end, all the while calling her a "little f—ker" ( this is recorded) and a "stupid "n-r."  Heather unfortunately played out to the hilt the histrionic role in which she was cast from her earliest of days. If anyone had a child that horrible, they would not want to cling to that child at every turn, sleep in the same bed nightly and only receive professional help when it was forced upon them by the juvenile courts. And they would certainly not want to embark on yet another disastrous trip on top of the many other disastrous excursions that transpired before the fateful Bali trip. I hate to point out that Sheila was well aware she was playing with fire and then she nevertheless stubbornly proceeded to take that trip with her enraged and inflamed daughter.

   I have spent many hours in deep discussions with Heather and since the first days of Heather's incarceration, I have seen no trace of this horrifically diabolical girl that Sheila had endlessly detailed throughout the years. What I have come to know is a surprisingly rational, even keeled, fair-minded, well spoken, intelligent, lovely young woman who is (surprisingly again) essentially cheerful, good-natured, sympathetic and kind. Heather is now a young woman who wants to complete her education and be as supportive to her daughter as she can be, given the circumstances.  Honestly, I was in shock. I wasn't prepared to encounter Heather as such a person, and as a result, I'm guilt-ridden over the profound realization of how emphatically unnecessary this tragedy was. Again, I wish I could have done SOMETHING more to have helped both Sheila and Heather, rather to have been a stunned and ultimately useless spectator.


     In a very ironic twist of fate, no less than eight months after Sheila's death, Heather was provided an opportunity to raise and care for her OWN daughter, Stella, who was born while Heather was in Kerobokan Prison. And even more remarkable was how well Heather cared for Stella under less-than-ideal circumstances. It can be surprising that Heather had managed not to pass any of those old patterns of anger and hostility forward onto Stella. Many times, we discussed how Heather was very keen not to repeat any of the "mistakes" Sheila had made with her. Given Heather's unfortunate history, becoming a mother has transformed Heather in ways that couldn't have been anticipated. Stella had truly inspired Heather to be the best

human being she could be for her child. Heather is profoundly sorry how her continued incarceration has caused her to forfeit her ability to raise Stella and she feels tremendous guilt over the weight of young Stella having to inherit the mantle of this horrible legacy for the rest of her life.

Since Stella's birth, Heather has always had Stella in the foremost of her thoughts and considerations. What has been left of the estate has been available for Stella's ongoing care. Heather has always been concerned about her daughter and how she would take care of Stella in the future as Heather knew she had no funds of her own, but wanted to preserve what was left for Stella. When Heather received $25,000 from the estate as per the prior agreement she had made with the Trustees, she had no other choice but to reimburse that entire sum to attorney Jeffrey Steinback for the defense work he had been providing. I would like to make it very clear that Heather has never received any money from any "project," media deal or any such thing, yet this "intel" has nevertheless been repeatedly assumed and discussed in the media and as well as unduly emphasized during the guardianship trial for Stella, in order to discredit Heather's reasons for wishing (disregarded) that I could have been Stella's guardian.

I do not enjoy writing a letter such as this where it is necessary to call attention to Sheila's deficiencies as a mother and highlight any of these negative things about my very close friend and it pains me to do so. I am reluctant to detail the issues Sheila had with alcohol and the impact that had on Heather, leading to more anger, verbal and physical abuse. I also am reluctant to detail how Heather's father, James Mack, presented years of physical and verbal abuse to Sheila, all played out before Heather's young eyes. (I saw a bit of this as well.)

After fourteen years of viewing very one-sided press, (which appears to be having a continual "field day") disseminating Heather's life (all without Heather having had any opportunity to share her side of this story) to the extent that I can, I feel very compelled to defend Heather today. I will continue to grieve and miss my dear friend Sheila, but I also feel in my heart that Sheila would want SOMEONE to advocate for Heather, who is now quite alone in this world and Sheila would want SOMEONE to feel concern over what becomes of Heather in the wake of this tragedy.

I hope you can now better understand a fuller picture of the saga between Sheila and Heather as you determine Heather's fate moving forward on Wednesday morning.

    Thank you for your time.

Sincerely,

Diana Roque Ellis